**Jose Antonio GARCIA–COREAS,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

**No. 06–71835.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2009.*

Filed April 20, 2009.

Todd Becraft, Esquire, Los Angeles, CA, for Petitioner.

David V. Bernal, Esquire, Ernesto H. Molina, Jr., Esquire, Lance Lomond Jolley, Esquire, Trial, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, CAS–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, for Respondent.

Before: KOZINSKI, Chief Judge, NOONAN, Circuit Judge, and EDMUNDS,** District Judge.

### MEMORANDUM***

California Penal Code § 69 is not limited to the use or threat of force against the person or property of another, and is therefore not categorically a crime of violence under 18 U.S.C. § 16. *Jordison v. Gonzales,* 501 F.3d 1134, 1135 (9th Cir. 2007). Because the state offense is missing this element of the generic offense, the modified categorical approach is inapplicable. *Navarro–Lopez v. Gonzales,* 503 F.3d 1063, 1073 (9th Cir.2007) (en banc).

The petition is **GRANTED;** the removal order of the Board of Immigration Appeals is **VACATED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Nancy G. Edmunds, United States District Judge for the Eastern District of Michigan, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.